UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 13-0710 AG (JCG) | Date | January 29, 2016 |
|---|---|---|---|
| Title | *Leon Banks v. Deputy Leos, et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Petitioner:  Attorneys Present for Respondent:

None Appearing  None Appearing

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY PLAINTIFF'S MOTION TO COMPEL SHOULD NOT BE DISMISSED AS MOOT**

On July 31, 2015, Plaintiff filed a "Motion for an Order to Compel Discovery" ("Motion"). [Dkt. No. 58.] On August 6, 2015, the Court encouraged Defendants to provide supplemental responses to Plaintiff's initial discovery requests. [Dkt. No. 62.]

As of today, more than five months after the Motion's filing, the Court has heard nothing more from the parties on the issue.

Accordingly, within **fourteen days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why the Motion should not be denied as moot. Plaintiff's failure to timely file a response will be deemed by the Court as consent to the denial of the Motion.

**IT IS SO ORDERED**.

cc: Parties of Record

|  | 00 : 00 |
|---|---|
| Initials of Clerk | kh |