1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11  LEON BANKS,                                    )   Case No. LA CV 13-0710 AG (JCG)
                                                   )
12                       Plaintiff,                )   **ORDER ACCEPTING REPORT AND**
                                                   )   **RECOMMENDATION OF UNITED**
13                v.                               )   **STATES MAGISTRATE JUDGE**
                                                   )
14                                                 )
                                                   )
15  D. LEOS, *et al.*,                             )
                                                   )
16                       Defendants.               )
                                                   )
17  _____           )

18
19          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the
20  Magistrate Judge's Report and Recommendation, and the remaining record.  No
21  objections to the Report and Recommendation have been filed.
22
23  //
24
25  //
26
27  //
28

Accordingly, IT IS ORDERED THAT:

1.    The Report and Recommendation is approved and accepted;

2.    Defendant's Motion is granted in part, only on the grounds that Plaintiff has failed to exhaust his administrative remedies;

3.    Judgment be entered dismissing this action without prejudice;

4.    The Clerk serve copies of this Order and the Judgment on the parties.

DATED: March 26, 2017

_____

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

Presented by:

_____

Hon. Jay C. Gandhi
United States Magistrate Judge