JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEON BANKS, | ) Case No. LA CV 13-0710 AG (JCG) |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| D. LEOS, *et al.*, | ) |
| Defendants. | ) |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 26, 2017 _____

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE